No. 466. THE PEOPLE v. CARDONA.—Appeal from the District Court of Guayama. Motion of appellant to withdraw appeal. Decided October 8, 1912. Appeal withdrawn. *Mr. Manuel A. Martínez* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 900. A. HARTMAN & Co. v. CASTAÑER.—Appeal from the District Court of Guayama. Motion to dismiss appeal. Decided October 8, 1912. Appeal dismissed for noncompliance with section 12 of the Act of Unlawful Detainer of March 9, 1905. *Mr. C. Domínguez Rubio* for appellant. *Messrs. Alvarez Nava* and *Domínguez* for respondent.

---

No. 901. PADILLA v. PERALES.—Appeal from the District Court of Arecibo. Motion to dismiss appeal. Decided October 8, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and rule 40 of this court. *Mr. Herminio Miranda* for appellant. *Mr. Santiago B. Palmer* for respondent.

---

No. 6. IN RE RAMÍREZ.—Complaint filed by Juan Mollfulleda. Decided October 8, 1912. Complaint not considered because not sworn to.

---

No. 351. EX PARTE MERCADER.—Petition for approval of notarial bond executed by the National Surety Company. Decided October 9, 1912. Bond approved. Petitioner appeared *per se.*